IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. YELLEN,

        Plaintiff,                    No. CIV S-94-1298 GEB DAD P

    vs.

ANA M. OLIVAREZ, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 27, 2005, the court filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to keep the court apprised of his current address.  On May 18, 2005, plaintiff filed his objections and a notice of change of address.  In light of plaintiff's objections, the court will vacate the findings and recommendations.  Plaintiff is also advised that in the future, he must promptly notify the court of any address change, and that a separate notice of change of address must be filed by plaintiff in each of his cases with this court.  See Local Rule 83-182(f).

/////

/////

/////

1

1   Accordingly, IT IS ORDERED that the findings and recommendations, filed on
2   April 27, 2005, are vacated.
3   DATED: May 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
yell1298.vac

2