IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

        Plaintiff,                   No. 2:94-cv-1298 GEB DAD (PC)

   vs.

ANA M. OLIVAREZ, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 1, 2011, this action was dismissed for lack of prosecution and for failure to respond to a court order. Judgment was entered on the same day. On April 7, 2011, plaintiff filed a motion for reconsideration of the March 1, 2011 order. Defendants oppose the motion. Good cause appearing, plaintiff's motion will be set for hearing before the undersigned on June 10, 2011 at 10:00 a.m. in Courtroom # 27. Appearance of plaintiff and counsel for

/////

/////

/////

1

defendants at the hearing is mandatory.  Plaintiff is cautioned that failure to appear at the hearing will result in a recommendation that his motion for reconsideration be denied.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's April 7, 2011 motion for reconsideration is set for hearing before the undersigned on June 10, 2011 at 10:00 a.m. in Courtroom # 27, United States Courthouse, 501 I Street, Sacramento, California 95814.

DATED: May 18, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
yell1298.hrg