IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

    Plaintiff,　　　　　　　　　No. CIV S-94-1298 GEB DAD P

  vs.

ANA M. OLIVAREZ, et al.,

    Defendants.　　　　　　　　ORDER TO SHOW CAUSE

_____/

       Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 29, 2012, defendants filed motions for summary judgment, which are set for hearing before the undersigned on May 11, 2012. Plaintiff's opposition to those motions was due on April 20, 2012. See Order filed April 12, 2012. Plaintiff has not filed either an opposition or a statement of non-opposition to any of the three pending motions.

       Good cause appearing, IT IS HEREBY ORDERED that within five days plaintiff shall show cause in writing, if any he has, why defendants' motions should not be granted.

/////

/////

/////

1

1  Failure to respond to this order will result in a recommendation that this action be dismissed with
2  prejudice pursuant to Fed. R. Civ. P. 41(b).
3  DATED: April 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
yell1298.o5