IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

    Plaintiff,                        No. 2:94-cv-1298 GEB DAD P

    vs.

ANA M. OLIVAREZ, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 28, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 28, 2012, are adopted in full;

2. The February 29, 2012 motion for summary judgment filed on behalf of the San Joaquin County Public Health defendants (Doc. No. 282) is granted;

3. Defendant Spano's February 29, 2012 motion for summary judgment (Doc. No. 283) is granted; and

4. The Corrections defendants' February 29, 2012 motion for summary judgment (Doc. No. 284) is granted.

Dated: September 17, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

2